[The cases reported under this head were not deemed to be of sufficient importance to be reported in full.—REPORTER.]

---

THE STATE OF IOWA, Appellee, v. S. M. PECK, Appellant.

**Receiving Stolen Property:** VERDICT: APPEAL.

*Appeal from Appanoose District Court.*—HON. DELL STUART, Judge.

TUESDAY, JANUARY 20, 1891.

THE defendant appears to have been tried and convicted of the crime of feloniously receiving stolen goods. He appeals.—*Affirmed.*

*Geo. D. Porter*, for appellant.

*John Y. Stone*, Attorney General, for appellee.

ROTHROCK, J.—The cause is presented to us upon a transcript of the instructions to the jury requested by the defendant, and upon the instructions given by the court on its own motion. The record also sets forth the verdict, motion for a new trial, and judgment. This is the entire record. There is no argument or brief for either party. We have examined the case so far as it has been presented, and discover no error. The judgment is AFFIRMED.

---

THE STATE OF IOWA, Appellee, v. W. T. RICHARDS, Appellant.

**Saloon Nuisance:** APPEAL: RECORD.

*Appeal from Webster District Court.*—HON. S. M. WEAVER, Judge

TUESDAY, JANUARY 20, 1891.

(713)

INDICTMENT for keeping and maintaining a saloon nuisance. Verdict of guilty, and judgment thereon, from which the defendant appeals.—*Affirmed.*

No appearance for either party.

GRANGER, J.—The case is before us on a transcript of the proceedings in the district court. The record thus presented has been examined, and, no error to the prejudice of the defendant appearing, the judgment of the district court is AFFIRMED.